Four years ago the Somerville Police Department and Lieutenant Connors have had a wireless microwave surveillance defense weapon on me wherever I went. They have been spying on me and ruining my life. Two years later a Hanscom Air Force Base technician did his job of removing the machines and stayed there another 2 years. The FBI came and took 1.5 months to remove the machines and the last team out 4 finally did their job. I wish to obtain the FBI report and sue the Somerville Police Department. It affects large numbers of people, which I do not want to reveal.

USED BY FEDERAL GOV'T (DEFENSE WEAPON)

Minh Dang, BS, MIS

v.

SOMERVILLE POLICE DEPARTMENT

U.S. DISTRICT COURT
DISTRICT OF MASS.
2013 MAY 30  P 3:38
FILED
IN CLERKS OFFICE

RESIDENCE:

MINH DANG, BS, MMS
167 HIGHLAND AVE
SOMERVILLE, MA 02143